UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HODGES, III, | No. 2:25-cv-2328 CSK P |
| Plaintiff, | |
| v. | ORDER |
| WARDEN OF FOLSOM STATE PRISON, et al., | |
| Defendants. | |

On August 13, 2025, a civil rights action pursuant to 42 U.S.C. § 1983 was filed by a person named Cynthia Hodges, purportedly on behalf of James Hodges, III, a state prisoner.[1] James Hodges, III, did not sign the complaint or the in forma pauperis affidavit. Ms. Hodges did not identify the nature of her relationship with James Hodges, III, but even if she is related to James Hodges, unless Ms. Hodges is an attorney,[2] she may not represent other individuals or sign

---

[1] The complaint initially states Hodges did not die from the fall, but then in paragraph 47, claims that "[a]s a result of the injuries and death of HODGES," plaintiff sustained various injuries. (ECF No. 1 at 13.)  The CDCR inmate locator website confirms a James Hodges III, CDCR #C71763, is in state custody, presently housed at Folsom State Prison. https://ciris.mt.cdcr.ca.gov (accessed Aug. 19, 2025).  The Court may take judicial notice of public records available on online inmate locators. See United States v. Basher, 629 F.3d 1161, 1165 (9th Cir. 2011) (taking judicial notice of Bureau of Prisons' inmate locator available to the public); see also Foley v. Martz, 2018 WL 5111998, at *1 (S.D. Cal. Oct. 19, 2018) (taking judicial notice of CDCR's inmate locator).

[2] Cynthia Hodges filed the complaint on pleading paper stamped with "Arias Sanguinetti Wang & Team LLP," with no address. (ECF No. 1 at 2-16.)  The website for that law firm,

1

pleadings on behalf of other individuals. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). In addition, Local Rule 183(a) requires that any individual who is representing herself or himself without an attorney must appear personally or by courtesy appearance by an attorney and may not delegate that duty to any other individual. E.D. Cal. L.R. 183(a). Therefore, Ms. Hodges may not bring claims on behalf of James Hodges, III. See Johns v. County of San Diego, 114 F.3d 874, 876-877 (9th Cir. 1997) (a non-lawyer has no authority to appear as an attorney for another, and general power of attorney does not give non-lawyer right to assert the personal constitutional claims of another).

Further, Rule 11 also provides that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). Thus, James Hodges, III, is provided thirty days in which to re-file his complaint and application to proceed in forma pauperis bearing his signature, or the signature of an attorney. Failure to timely comply will result in an order striking the pleading signed by Cynthia Hodges and dismissing the case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff John Hodges, III, shall submit, within thirty days from the date of this order, a complaint and an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, both bearing plaintiff's own signature or the signature of an attorney. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

Dated: August 20, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/hodg2328.3a+

---

"aswtlawyers.com" does not list Cynthia Hodges as an attorney. <www.aswtlawyers.com> (accessed Aug. 19, 2025).

2