UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HODGES, III,

Plaintiff,

v.

WARDEN OF FOLSOM STATE PRISON, et al.,

Defendants.

No. 2:25-cv-02328 DAD CSK P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

(Doc. No. 5)

Plaintiff James Hodges, III is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 26, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's action be dismissed without prejudice. (Doc. No. 51.) Specifically, the magistrate judge concluded that plaintiff had not signed either the complaint or the application to proceed *in forma pauperis* submitted to the court, that it appeared that the complaint was not filed by plaintiff but by a non-lawyer who could not proceed on plaintiff's behalf, and that when the complaint was dismissed for these reasons on screening plaintiff had failed to file an amended complaint within the time provided for him to do so. (Doc. Nos. 4 at 1–2, 5.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 26, 2025 (Doc. No. 5) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to file an amended complaint curing the deficiencies noted in the screening order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE